**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CHARLENE DIANA JENKINS,**
          **Plaintiff,**

          **vs.**                                                    **CIV NO. 2:21-00113-KRS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
          **Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time

(Doc. 25) to file a response to Plaintiff's Motion to Reverse and Remand for a Rehearing with

Supporting Memorandum (Doc. 24), the Court having reviewed the motion and being otherwise

fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until January 14, 2022, to file

a response, and Plaintiff shall have until January 28, 2022, to file a reply.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 12/10/2021*
M. THAYNE WARNER
Special Assistant United States Attorney

*Electronically approved 12/10/2021*
AMBER L. DENGLER
Attorneys for Plaintiff