IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**CHARLENE DIANA JENKINS,**
    Plaintiff,

Civil No. 2:21-cv-00113-KRS

vs.

**KILOLO KIJAKAZI,**
  Acting Commissioner of Social Security,
    Defendant.

### ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for Extension of Time to file a response brief on the merits in this matter (Docket No. 28), the Court, having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that the Defendant's current briefing deadline is hereby extended by 30 days, and the Defendant shall have through and including February 14, 2022, by which to submit her response brief.  Plaintiff shall have until February 28, 2022, to file a Reply.

_____
United States Magistrate Judge