## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**CHARLENE DIANA JENKINS,**
  **Plaintiff,**

**vs.**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**
  **Defendant.**

**Civil No. 2:21-cv-00113-KRS**

### ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND PURSUANT TO SENTENCE FOUR

Defendant, the Acting Commissioner of Social Security (Commissioner), has filed an unopposed motion with this Court (ECF No. 30), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

_____
United States Magistrate Judge